635 A.2d 504

IN THE MATTER OF ALLEN C. MARRA,
AN ATTORNEY AT LAW.

December 9, 1993.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that ALLEN C. MARRA of MONTCLAIR, who was admitted to the bar of this State in 1967, be publicly reprimanded for failing to communicate with his client, in violation of *RPC* 1.4(a), for having an office employee "notarize" false signatures, in violation of *RPC* 8.4(c), for failing to deposit settlement funds in his trust account in violation of *RPC* 1.15, and for failing to cooperate with the ethics authorities, in violation of *RPC* 8.1(b), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review are adopted and ALLEN C. MARRA is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.